No. 913. EL PUEBLO, APELADO, *v.* GARCÍA, APELANTE.—Portar armas. Humacao. Enero 25, 1916. *Modificada la sentencia.*

---

No. 157. CARLOS CID & CO., PETICIONARIA, *v.* CÓRDOVA DÁVILA, JUEZ DE DISTRITO, DEMANDADO.—*Certiorari.* Enero 25, 1916. *Denegada la solicitud.*

---

No. 936. EL PUEBLO, APELADO, *v.* SEGURA, APELANTE.—Perjurio. San Juan, Sección 2.ª

No. 944. EL PUEBLO, APELADO, *v.* ALVAREZ, APELANTE.—Perjurio. San Juan, Sección 2.ª

No. 952. EL PUEBLO, APELADO, *v.* RIVERA, APELANTE.—Acometimiento y agresión grave. San Juan, Sección 2.ª

No. 853. EL PUEBLO, APELADO, *v.* RIVERA, APELANTE.—Acometimiento y agresión grave. San Juan, Sección 2ª.

No. 959. EL PUEBLO APELADO, *v.* RIVERA, APELANTE.—Alteración de la paz. San Juan, Sección 2.ª

No. 962. EL PUEBLO, APELADO, *v.* PIZARRO, APELANTE.—Acometimiento y agresión simple. San Juan, Sección 2ª.

No 964. EL PUEBLO, APELADO, *v.* CABRERA ET AL., APELANTES.—Acometimiento y agresión con agravantes. Humacao.

No. 966. EL PUEBLO, APELADO, *v.* MELÉNDEZ ET AL., APELANTES.—Acometimiento y agresión con agravantes. Humacao. Enero 26, 1916. *Confirmadas las sentencias.*

---

No. 968. EL PUEBLO, APELADO, *v.* AGOSTO, APELANTE.—Acometimiento y agresión grave. Guayama. Enero 28, 1916. *Confirmada la sentencia.*